UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-03493-SVW-KS | Date | October 6, 2022 |
|---|---|---|---|
| Title | Deondre Raglin v. Renaissance 1212 Long Beach LLC et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on September 1, 2022, issued an order granting plaintiff an additional thirty days to perform service of process.

To date, plaintiff has failed to file any document to indicate compliance with the Court's order.

The case is dismissed.

:

Initials of Preparer   PMC